UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GULF COAST WORKFORCE, LLC, et al. | CIVIL ACTION |
| VERSUS | NO. 15-5342 |
| ZURICH AMERICAN INSURANCE<br>  COMPANY OF ILLINOIS | SECTION "N" (4) |

**ORDER AND REASONS**

Presently before the Court is "Gulf Coast Workforce's Motion *In Limine*" (Rec. Doc. 72). With its motion, Gulf Coast asks the Court to prohibit Defendant Zurich American Insurance Company of Illinois ("Zurich") from introducing the October 4, 2016 audit report (Rec. Doc. 72-2), as well as any related documentation, testimony, or other evidence. On the showing made, **IT IS ORDERED** that the motion is granted.

Specifically, as Gulf Coast contends, the October 4, 2016 date on which the audit report was provided to Gulf Coast falls far outside the Court's deadlines for discovery, expert reports, and expert motions, and precedes the October 24, 2016 trial date by only twenty (20) days. Although Zurich argues in opposition to the motion that Gulf Coast "refused to cooperate with the audit of its payroll and records at the end of the policy terms,"[1] Zurich points to no evidence supporting that assertion. Nor, significantly, does it cite the Court to a discovery request, or motion to compel, seeking to obtain that information during the course of this litigation. And, finally, though Zurich contends that Magistrate Judge Roby previously ordered the audit and Gulf Coast's

---

[1] *See* Rec. Doc. 78 at 2.

production of pertinent documents, Zurich does not cite the Court to a written order to that effect (or transcript of oral proceedings) in the official court record of this proceeding.[2]  For these reasons, the Court is not convinced that good cause exists for Zurich's delay; therefore, Gulf Coast's motion is granted.

New Orleans, Louisiana, this 20th day of October 2016.

                                               **KURT D. ENGELHARDT**
                                               **United States District Judge**

**Clerk to Copy:**

U.S. Magistrate Judge Roby

---

[2]  *See* Rec. Docs. 78 and 96.